IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NONA BANDY, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 12-00491-KD-C |
| | ) |
| MIDLAND FUNDING, LLC, | ) |
|     Defendant. | ) |

**JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that judgment on the pleadings is **GRANTED** in favor of Defendant Midland Funding, LLC on all federal claims alleged by Plaintiff Nona Bandy and that said claims are **DISMISSED with prejudice**.  Plaintiff Nona Bandy's claims under state law are **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the **18**th day of **January 2013.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**